HAROLD S. BRYSON, Appellant, v. TEXAGON MILLS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

LEVE, HECHT, HADFIELD, MCALPIN and BRAND, Respondents, v. COURTLAND PALMER, Appellant, et al., Defendants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondents, with leave to said defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

BISESARLALL BRIJLAL, Plaintiff, v. ANDES TRADING COMPANY, INC., Defendant and Third Party Plaintiff-Respondent. HAB MANUFACTURING Co., Third Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

SEPHARDIC JEWISH BROTHERHOOD OF AMERICA, INC., Respondent, v. JOSEPH DE A. BENYUNES, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan and Van Voorhis, JJ.

In the Matter of the Application for Approval of the Certificate of Consolidation of SEPHARDIC BROTHERHOOD OF AMERICA, INC., a Membership Corporation, and SEPHARDIC JEWISH CENTRE, INC., also Known as CENTRO JUDIO SEFARADI, INC., a Religious Corporation. In the Matter of the Application of ALBERT J. TORRES et al., Appellants, as Members, Officers and Directors of the SEPHARDIC JEWISH CENTRE, INC., also Known as CENTRO JUDIO SEFARADI, INC., in Their Own Behalf and in Behalf of All Others Similarly Interested, for an Order Setting Aside the Order of Consolidation Consolidating the SEPHARDIC BROTHERHOOD OF AMERICA, INC., and the SEPHARDIC JEWISH CENTRE, INC., also Known as CENTRO JUDIO SEFARADI, INC., and Forming a Consolidated Corporation under a Certificate Forming the SEPHARDIC JEWISH BROTHERHOOD OF AMERICA, INC., a New York Membership Corporation, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan and Van Voorhis, JJ.

SALVATORE SCHETTINO v. MATTHEW J. MORRISSEY et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Van Voorhis, JJ. [See ante, p. 844.]

TERRAQUA CORPORATION v. EMIGRANT INDUSTRIAL SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 254.]

In the Matter of the Arbitration between YOUNG AMERICA FILMS, INC., and TRANSFILM INCORPORATED.— Motion for leave to appeal to the Court of Appeals or for reargument and for a stay denied, with $10 costs. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See ante, p. 852.]

MATTHIAS ROTHSTEIN v. BARNETT ROTHSTEIN et al., Copartners Doing Business under the Names of PEPSI COLA BOTTLING COMPANY OF WILKES-BARRE, DRINK MOR BEVERAGE COMPANY and OLD FASHION MA'S ROOT BEER BOTTLING Co., and BARNETT ROTHSTEIN.— Motion for an order amending or modifying the order of this court, dated March 7, 1947 (272 App. Div. 26), and entered March 22, 1947, and the judgment entered thereon, denied. Present — Peck, P. J., Glennon, Dore and Callahan, JJ.